

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2014

No. 04-14-00394-CV

Desmond D. **LEE**,
Appellant

v.

**BRECKENRIDGE GROUP SAN ANTONIO, II L.P.**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 388765
Honorable Tina Torres, Judge Presiding

## O R D E R

This appeal arises from a forcible detainer action. On June 10, 2014, appellant filed a notice of appeal stating his intent to appeal from the trial court's "final orders." However, it does not appear from the clerk's record that a final order has been signed by the trial court in this cause. The trial court's order of May 22, 2014 specifically "reserved for the time of trial" appellee's "application for costs, damages and attorney's fees." A judgment or order is final for purposes of appeal if it actually disposes of all pending parties and claims before the court. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Here, the trial court's order of May 22, 2014 is interlocutory because it does not dispose of all parties and causes of action. We have jurisdiction only to hear appeals from final orders. Interlocutory orders may be appealed only if a specific statute authorizes such an interlocutory appeal. Therefore, it appears from the clerk's record that we do not have jurisdiction over this appeal.

We, therefore, ORDER appellant to show cause in writing by **August 8, 2014** why this appeal should not be dismissed for lack of jurisdiction. We suspend all appellate deadlines pending our determination of whether we have jurisdiction over this appeal.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court